FANNY FORSCHIRM, Appellant, *v.* MECHANICS AND TRADERS BANK OF THE CITY OF NEW YORK, Respondent.

*Forschirm* v. *Mechanics & Traders Bank*, 137 App. Div. 149, reversed.

(Submitted November 22, 1912; decided December 10, 1912.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 11, 1910, which reversed a determination of the Appellate Term affirming a judgment of the City Court of the city of New York in favor of plaintiff and granted a new trial in an action to recover interest on a deposit in the defendant bank covering a period during which said bank was in the hands of the state superintendent of banks and of temporary receivers.

*Joseph Gans* for appellant.

*F. Sidney Williams, Edward M. Grout* and *Paul Grout* for respondent.

Order of Appellate Division reversed and determination of Appellate Term affirmed, with costs in both courts, on dissenting opinion of CLARKE, J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.